No. 447. BARNETT v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Joel W. Westbrook* for petitioner. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Hawthorne Phillips,* Executive Assistant Attorney General, and *Sam L. Jones, Jr.,* and *Robert C. Flowers,* Assistant Attorneys General, for respondent.

No. 499. FEDERAL TRADE COMMISSION v. TEXTILE & APPAREL GROUP, AMERICAN IMPORTERS ASSN., ET AL.; and

No. 500. NATIONAL KNITTED OUTERWEAR ASSN. ET AL. v. TEXTILE & APPAREL GROUP, AMERICAN IMPORTERS ASSN., ET AL. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of these petitions. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Robert V. Zener* for petitioner in No. 499, and *Eugene Gressman* for petitioners in No. 500. *Michael P. Daniels* and *Milton M. Gottesman* for respondents in both cases. Reported below: 133 U. S. App. D. C. 353, 410 F. 2d 1052.

No. 6, Misc. LASSITER v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. *Eugene J. Brenner* for petitioner. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Michael Buzzell,* Deputy Attorney General, for respondent.

No. 115, Misc. CLIFT v. KANSAS. Sup. Ct. Kan. Certiorari denied. *Kent Frizzell,* Attorney General of Kansas, and *J. Richard Foth* and *Richard H. Seaton,* Assistant Attorneys General, for respondent.